**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────

**UNITED STATES OF AMERICA**

                           **15-cr-008-JGK-1**

    - against -

                           <u>**ORDER**</u>

**FERNANDO AYBAR,**

              **Defendant.**
───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendant's bail conditions are modified on consent to include home incarceration subject to location monitoring in Florida until further notice.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 4, 2020**

                                            /s/ John G. Koeltl
                                      ─────────────────────────
                                          **John G. Koeltl**
                              **United States District Judge**