**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────

**UNITED STATES OF AMERICA**

                                            **15-cr-008-JGK-1**

      - against -

                                            **ORDER**

**FERNANDO AYBAR,**

            **Defendant.**
───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    On June 4, 2020, the Court ordered that the defendant's bail conditions were modified on consent to include home incarceration subject to location monitoring in Florida until further notice. (Dkt. No. 152). That Order is amended to clarify that the defendant is permitted to leave home incarceration for court appearances, legal meetings or meetings with Pretrial Services, and medical appointments.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 8, 2020**

                                          /s/ John G. Koeltl
                                            **John G. Koeltl**
                              **United States District Judge**