# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG

NADJIA LIMANI  
OF COUNSEL

CHARLENE RAMOS  
OFFICE MANAGER

75 MAIDEN LANE  
SUITE 503  
NEW YORK, N.Y. 10038

(212) 608-0808  
TELECOPIER (212) 962-9696

June 22, 2020

**BY ECF**  
Hon. John G. Koeltl  
United States District Judge  
500 Pearl Street  
New York, NY 10007

> Application granted.
> SO ORDERED.
>
> New York, NY　　　　/s/ John G. Koeltl
> June 23, 2020　　　　John G. Koeltl
> 　　　　　　　　　　U.S.D.J.

Re: **United States v. Aybar**  
15 CR 8 (JGK)

Dear Judge Koeltl:

　　　With the consent of the government by AUSA Nicholas Chiuchiolo and Pre-trial Services Officer Alvarado (Miami) we write to request permission for Mr. Aybar to return to work as a security guard (keeping patrons socially distant) on Friday, Saturday and Sunday of each week. Mr. Aybar will report the details of his work assignment to Mr. Alvarado.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/S/ Louis M. Freeman  
　　　　　　　　　　　　　　　　　Louis M. Freeman