UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

FERNANDO AYBAR,
                Defendant.
-------------------------------------------------------------X

15 cr 8-01 (JGK)

**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2020

Any supplemental submissions regarding the defendant Fernando Aybar are due **January 26, 2021.** Any submissions and responses are due **February 1, 2021.**

Sentencing adjourned to **Tuesday, February 9, 2021, at 4:00pm.**

**SO ORDERED.**

                                                                                       **JOHN G. KOELTL**
                                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 9, 2020