**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

      - against -                              15-cr-8 (JGK)

**FERNANDO AYBAR,**                              <u>ORDER</u>

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

The defendant requested that ECF No. 180 be permanently struck because it was inadvertently filed without redaction. The defendant filed a redacted version of the document in ECF No. 181.

The application is granted and the Clerk is directed to strike ECF No. 180.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **January 27, 2021**                        /s/ John G. Koeltl
                                                               **John G. Koeltl**
                                                    **United States District Judge**